**STATE of Missouri, Respondent,**

v.

**Theodore F. DUTTON, Appellant.**

**No. WD 34,183.**

Missouri Court of Appeals, Western District.

May 15, 1984.

Russell C. Still, Columbia, for appellant.

John Ashcroft, Atty. Gen., Sandra K. Stratton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from convictions on one count of a transfer of a controlled substance and on three separate counts of sale of a controlled substance in violation of § 195.020, RSMo 1978. The defendant was sentenced to consecutive terms of five, ten, fifteen and eighteen years.

The judgments are affirmed. Rule 30.-25(b).